# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 00-50180
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIO CABELLO-GONZALEZ;
MAURICIA CASTRO-VALENZUELA,

Defendants-
Appellants.

-------------------------------------------------------------
Appeals from the United States District Court
for the Western District of Texas
USDC No. DR-99-CR-376-03
-------------------------------------------------------------
May18, 2001

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges:

PER CURIAM:[*]

Mario Cabello-Gonzalez and Mauricia Castro-Valenzuela appeal their convictions for conspiring to possess with the intent to distribute methamphetamine. Each contends solely that the evidence was insufficient to support his or her conviction. We have reviewed the record and the briefs of the parties. Viewing the evidence and all reasonable inferences to be drawn from it in the light most favorable to the jury's verdict, the evidence was sufficient to support both defendants' convictions. See United States v. Gourley, 168 F.3d 165, 168-69 (5th Cir. 1999).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.